Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Matthew G. Lindenbaum (*pro hac vice*)
mlindenbaum@goodwinprocter.com
Katherine G. McKenney (*pro hac vice*)
kmckenney@goodwinprocter.com
Timothy E. Bazzle (*pro hac vice*)
tbazzle@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:   617-570-1231

Richard M. Wyner (*pro hac vice*)
rwyner@goodwinprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001-4432
Tel.:  202-346-4000
Fax:   202-346-4444

Daniel J. Tyukody (SBN 123323)
dtyukody@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.:  213-426-2500
Fax:   213-623-1673

*Attorneys for Countrywide Defendants
Countrywide Financial Corporation; Countrywide Securities Corporation;
Countrywide Home Loans, Inc.; CWABS, Inc. and CWMBS, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No. 11-ML-02265-MRP (MANx)<br><br>**DEFENDANTS' NOTICE OF MOTION TO COMPEL AND JOINT STIPULATION REGARDING THE PARTIES' DISCOVERY DISPUTE** |
| IKB INTERNATIONAL S.A. IN LIQUIDATION, et al.,<br>           Plaintiffs,<br>      v.<br>BANK OF AMERICA CORPORATION, et al.,<br>           Defendants. | Case No. 12-CV-06151-MRP (MANx)<br><br>Hearing Date:  May 28, 2014<br>Time: 1:30pm<br>Courtroom:  12<br>Judge: Hon. Mariana R. Pfaelzer<br><br>**Close of Fact Discovery**: July 25, 2014<br><br>**[DISCOVERY MATTER]** |

DEFENDANTS' NOTICE OF MOTION AND JOINT STIPULATION REGARDING THE PARTIES' DISCOVERY DISPUTE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Home Loans, Inc., CWABS, Inc. and CWMBS, Inc. move the Court for an order compelling Plaintiffs IKB International S.A. in Liquidation and IKB Deutsche Industriebank AG to provide a complete answer to the Countrywide Defendants' interrogatory seeking information regarding the misrepresentations pleaded in Plaintiffs' Complaint, specifically, the precise documents and statements that Plaintiffs contend were misleading, the individuals who allegedly relied upon each of those statements and the date on and manner in which such reliance occurred.

This motion is made pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.2, following a conference of counsel as required by Local Rule 37.

This motion is based on this Notice of Motion and Motion, the Local Rule 37-2 Joint Stipulation, the accompanying Declaration of Matthew G. Lindenbaum and its exhibits, and any other matter that the Court deems appropriate.

Dated:  May 7, 2014                **GOODWIN PROCTER LLP**

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (*pro hac vice*)
Daniel J. Tyukody  (SBN 123323)
Richard M. Wyner (*pro hac vice*)
Matthew G. Lindenbaum (*pro hac vice*)
Katherine G. McKenney (*pro hac vice*)
Timothy E. Bazzle (*pro hac vice*)

*Counsel for the Countrywide Defendants*