# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION** | MDL 11-ML-2265-MRP (MANx) <br><br> Case No. 12-CV-06151-MRP (MANx) <br><br> **FINAL JUDGMENT** |
| IKB INTERNATIONAL S.A. IN LIQUIDATION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | |

1     For the reasons set forth in the Order Granting Defendants' Motion for
2 Summary Judgment (Docket No. 311) and the Order re Motions to Dismiss the
3 Complaint (Docket No. 94) (filed under seal), final judgment with prejudice is
4 hereby entered in favor of all defendants and against all plaintiffs with respect to
5 all claims asserted by plaintiffs in this case.
6
7     IT IS SO ORDERED.
8
9 Dated:  April 9, 2015
10                                                   Hon. Mariana R. Pfaelzer
                                                 United States District Judge