Mark I. Labaton (Bar No. 159555)
mlabaton@iflcounsel.com
ISAACS FRIEDBERG & LABATON
555 S. Flower Street, Suite 4250
Los Angeles, CA  90071
Telephone:  (213) 929-5534
Facsimile:  (213) 955-5794

Joel H. Bernstein
jbernstein@labaton.com
Mark S. Arisohn
marisohn@labaton.com
Barry M. Okun
bokun@labaton.com
Corban S. Rhodes
crhodes@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED SECURITIES LITIGATION | Case No.  11-ML-02265-MRP (MANx) |
| IKB INTERNATIONAL S.A. IN LIQUIDATION and IKB DEUTSCHE INDUSTRIEBANK AG<br><br>                    Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; NB HOLDINGS CORPORATION; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE SECURITIES | Case No.   12-CV-06151-MRP (MANx)<br><br>**NOTICE OF APPEAL** |

NOTICE OF APPEAL
CASE NO. 12-CV-06151-MRP (MANx)

| | |
|---|---|
| 1 | CORPORATION; COUNTRYWIDE HOME LOANS, INC.; CWABS, |
| 2 | INC., AND CWMBS, INC., |
| 3 | Defendants. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that plaintiffs IKB International, S.A. in |
| 2 | Liquidation and IKB Deutsche Industriebank AG hereby appeal to the United |
| 3 | States Court of Appeals for the Ninth Circuit from the final judgment in this civil |
| 4 | action dismissing all claims with prejudice filed on April 9, 2015 and entered on |
| 5 | the docket in this action on April 13, 2015. |
| 6 | A copy of said judgment is attached hereto. |
| 7 | |
| 8 | Date:  May 4, 2015 |

Respectfully submitted,

*/s/ Mark S. Arisohn*
Joel H. Bernstein
*jbernstein@labaton.com*
Mark S. Arisohn
*marisohn@labaton.com*
Barry M. Okun
*bokun@labaton.com*
Corban S. Rhodes
*crhodes@labaton.com*
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

Mark I. Labaton (Bar No. 159555)
mlabaton@iflcounsel.com
**ISAACS FRIEDBERG & LABATON**
555 S. Flower Street, Suite 4250
Los Angeles, CA   90071
Telephone:  (213) 929-5534
Facsimile:  (213) 955-5794

*Attorneys for Plaintiffs IKB International S.A. in Liquidation and IKB Deutsche Industriebank AG*

TO:

| | |
|---|---|
| Matthew W. Close<br>mclose@omm.com<br>O'MELVENY AND MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br><br>Jonathan Rosenberg (pro hac vice)<br>jrosenberg@omm.com<br>William J. Sushon (pro hac vice)<br>wsushon@omm.com<br>O'MELVENY AND MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>*Attorneys for Defendants Bank of America Corporation; Bank of America, N.A.; NB Holdings Corporation* | Brian E. Pastuszenski (pro hac vice)<br>bpastuszenski@goodwinprocter.com<br>Daniel P. Roeser (pro hac vice)<br>droeser@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone:(212) 813-8800<br>Facsimile: (212) 355-3333<br><br>Richard M. Wyner (pro hac vice)<br>rwyner@goodwinprocter.com<br>Adam M. Chud (pro hac vice)<br>achud@goodwinprocter.com<br>Michele E. Rose<br>mrose@goodwinprocter.com<br>Kartik N. Venguswamy<br>kvenguswamy@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Telephone:  (202) 346-4000<br>Facsimile:   (202) 346-4444<br><br>Timothy Bazzle (pro hac vice)<br>tbazzle@goodwinprocter.com<br>James P. Devendorf (pro hac vice)<br>jdevendorf@goodwinprocter.com<br>Brian Charles Devine<br>bdevine@goodwinprocter.com<br>John J. Falvey, Jr. (pro hac vice)<br>jfalvey@goodwinprocter.com<br>Matthew G. Lindenbaum (pro hac vice)<br>mlindenbaum@goodwinprocter.com<br>Katherine G. McKenney<br>kmckenney@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br><br>Daniel J. Tyukody, Jr.<br>dtyukody@goodwinprocter.com<br>GOODWIN PROCTER LLP |

NOTICE OF APPEAL
CASE NO. 12-CV-06151-MRP (MANx)

601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone:   (213) 426-2500
Facsimile:    (213) 623-1673

Noreen A. Kelly-Dynega (pro hac vice)
nkelly-dynega@mcguirewoods.com
Laurent S. Wiesel (pro hac vice)
lwiesel@mcguirewoods.com
MCGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
Telephone: (212) 548-1025
Facsimile: (212) 715-6290

Payam Khodadadi
pkhodadadi@mcguirewoods.com
Christopher A. Killens
ckillens@mcguirewoods.com
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

*Attorneys for Defendants Countrywide Financial Corporation; Countrywide Securities Corporation; Countrywide Home Loans, Inc.; CWABS, Inc. and CWMBS, Inc.*

NOTICE OF APPEAL
CASE NO. 12-CV-06151-MRP (MANx)